Accord Detective Agency
1420 Renaissance Dr.
Park Ridge, IL 60068

Alan Mui
2605 S Indiana Ave 1904
Chicago, IL 60616

Alberto Sanchez
3412 W 62nd Pl
Chicago, IL 60629

Alejandro Alvarado
4915 N Central Park Ave
Chicago, IL 60625

Alejandro Espinosa Herrera
3730 N Ashland Ave
Chicago, IL 60613

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Andres Quiros
1520 W. Ardmore Ave., Unit 2E
Chicago, IL 60660

Arturo Flores Esquivel
3170 N Sheridan Rd Apt 1201
Chicago, IL 60657

Atul Karkhanis Architects, Ltd.
c/o Andrew Foster, AIA, EDAC
2514 W. Peterson Ave.
Chicago, IL 60659

Blue Cross Blue Shield
1501 N Plano Rd Suite 100
Richardson, TX 75081

Blue Vine LOC
Attn: Phil Tabbi
401 Warren St., Ste. 300
Redwood City, CA 94063

ByzFunder NY LLC
530 7th Ave., Ste. 505
New York, NY 10018

California Department of Employment Security
801 Turk St.
San Francisco, CA 94102

Christopher Rivera
3236 W 83rd Pl
Chicago, IL 60652

CloudFund LLC
400 Rella Blvd., Ste. 165-101
Suffern, NY 10901

Constantino Rodriguez
2616 S. 58th Ct.
Chicago, IL 60804

Department of the Treasury Internal Rev. Serv
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Douglas Brewer
1032 Heather Ct
Fox River Grove, IL 60021

Enrique Reyes
13345 Round Barn Rd
Plainfield, IL 60585

Galarnyk & Associates, Ltd.
55 W. Monroe St., Ste. 1200
Chicago, IL 60603

Gbain Voker
6119 S Maplewood Ave
Chicago, IL 60629

Gensler Architecture, Design & Planning, PC
11 E Madison St., Ste. 300
Chicago, IL 60602

Gloger Engineers Limited
6512 N Mozart St,
Chicago, IL 60645

Gregg Howard
36 S. Wabash, Ste. 301
Chicago, IL 60603

Gregory L. Howard

796 Cheyenne Ln
Elgin
IL 60123

Guillermo Boyas
5300 N Lockwood
Chicago, IL 60630

Gustavo Zarazua
2437 S 8th Ave
Riverside, IL 60546

Id Architecture
Attn: Ioannis Davis, RA
102 Howard Ave.
Hillside, IL 60162

Illinois Department of Employment Security
33 S. State Street
10th Floor
Chicago, IL 60603-2802

Jeffery Saad
900 Cherokee
Wilmette, IL 60091

Jesus Aceves Huerta
641 Gordon Ave
Calumet City, IL 60409

Juan Hernandez
2050 N Sawyer
Chicago, IL 60647

Maria Torres
18319 Greenleaf Ct
Tinley Park, IL 60477

Maryam Baharvandi
2800 N Lakeshore Dr Apt 1405
Chicago, IL 60657

Matthew Antezzo
756 W 14th St Apt 201
Chicago, IL 60607

Michael Rybinski
Michael Sabal
16420 S Kilbourn Ave
Oak Forest, IL 60452

Miguel Cabrera
5742 N Maplewood Ave Apt 8
Chicago, IL 60659

Nathan Ridings
2058 W 21st Pl 2F
Chicago, IL 60608

NEWCO CAPITAL GROUP VI LLC
c/o Ariel Bouskila, Esq.
1545 U.S. 202, Suite 101
Pomona, NY 10970

Oriana Vasquez Zambriano
4600 N Clarendon Ave Apt 512
Chicago, IL 60640

Porte Brown LLC
845 Oakton St,
Elk Grove Village, IL 60007

Robert Juris & Associates Architects, Ltd.
9400 Bormet Dr., Ste. 6
Mokena, IL 60448

Rocket Capital NY LLC
1250 E Hallandale Beach Blvd
Suite 505
Hallandale, FL 33009

Ryan Young
6412 S Leclaire Ave
Chicago, IL 60638

Santos A. Torres
18319 S. Greenleaf Ct.
Tinley Park
IL 60477

Santos Torres
18319 Greenleaf Ct
Tinley Park, IL 60477

Santos Torres
36 S. Wabash, Ste. 301
Chicago, IL 60603

SBA Loan 5741167410
Small Business Administration

409 3rd Street SW
Washington, DC 20024-3212

Schetter Electric, LLC
471 Bannon St
Fordland, MO 65652

Scott R. Hayworth
1159 Swan Dr
Bradley, IL 60915

Sebastian Padilla
3794 W 77th St
Chicago, IL 60652

Sergio Cano
5467 N Lacrosse Ave
Chicago, IL 60630

Stearn-Joglekar Ltd.
223 W Jackson Blvd., Ste. 1110
Chicago, IL 60606

William Twum
1020 W Lawrence Ave A 407
Chicago, IL 60640

Xachell Guzman
1461 S Blue Island Ave Apt #411
Chicago, IL 60608

Yesica L. Delgado
1461 S Blue Island Ave Apt #411
Chicago, IL 60608

United States Bankruptcy Court
Northern District of Illinois

In re: MEP Infrastructure Solutions Inc.

Debtor(s)

Case No.

Chapter 11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/27/2023

/s/ Santos A. Torres
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor