**EXHIBIT A**

| Budget for June - July | | |
|---|---:|---|
| **Income** | | |
| Beginning Balance | $ 81,265 | Santos 30K + Cannon check with Galarnyk + 13.6K another check + 9K available in the chase account |
| Gross Receipts | $ 280,000 | Estimated payments |
| Total Income | **$ 361,265** | |
| | | |
| Payroll | $ 264,000 | 3 payroll cycles June 30 July 14 and July 28 |
| Payroll employer taxes | $ 21,900 | 3 payroll cycles June 30 July 14 and July 28 |
| Group Insurance | $ 22,500 | Employees Medical Insurance |
| Office Rent | $ 21,423 | |
| E/A Software Licenses | $ 5,833 | |
| Cellphone, Telephone and Internet | $ 680 | |
| Office Security | $ 231 | |
| Office Supplies | $ 500 | |
| Computers Lease | $ 4,500 | |
| Other Insurance | $ 3,999 | |
| IT Services | $ 100 | |
| Printing and Reproduction | $ 800 | |
| **Total Expenses** | **$ 346,466** | |
| | | |
| **Net Revenue** | **$ 14,798** | |