UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 23-08505 |
|---|---|---|
| MEP Infrastructure Solutions, Inc., | ) ) ) | Chapter: 11 |
| | ) ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

**ORDER ON DEBTOR'S EMERGENCY MOTION TO AUTHORIZE POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364(B) AND SHORTEN NOTICE**

This matter coming before the Court on MEP Infrastructure Solutions, Inc.'s ("MEPIS" or the "Debtor") Emergency Motion to Authorize Post-Petition Financing Pursuant to 11 U.S.C. § 364(b) and Shorten Notice (the "Motion"),

IT IS HEREBY ORDERED THAT:

1. The Debtor is authorized to obtain post-petition financing from Santos Torres in an amount not to exceed $40,000.00 to fund the Debtor's pre-petition employee obligations (the "Loan"). The annual interest rate for the Loan shall be 6.25%. The Loan shall be paid as an allowed administrative expense under 11 U.S.C. § 503(b) pursuant to the terms of the Debtor's prospective plan of reorganization, but no later than June 29, 2026.

2. Notice of the Motion is deemed sufficient.

Enter:

*Janet S. Baer*

United States Bankruptcy Judge

Dated: June 30, 2023

**Prepared by:**

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
Bauch & Michaels, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
Tel. (312) 588-5000
pbauch@bmlawllc.com
csales@bmlawllc.com