**Fill in this information to identify the case:**

Debtor name _MEP Infrastructure Solutions, Inc._____

United States Bankruptcy Court for the: __Northern District of Illinois___

Case number (If known): __23-08505_____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Checking #3783 | Checking | 3  7  8  3 | $ 15,963.26 |
| 3.2. See continuation sheet | | | $ 304.25 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1** | $ 16,267.51

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $_____ |
| 7.2. _____ | $_____ |

Debtor    MEP Infrastructure Solutions, Inc.                                    Case number (if known) 23-08505
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                 $_____

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

11. **Accounts receivable**

   11a. 90 days old or less:   293,435.01          –   0.00                    = .......➜   $ 293,435.01
                              face amount            doubtful or uncollectible accounts

   11b. Over 90 days old:      1,054,035.33        –   0.00                    = .......➜   $ 1,054,035.33
                              face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,347,470.34

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____    _____    $_____

   14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

   15.1. _____    _____%    _____    $_____

   15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____    _____    $_____

   16.2. _____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.              $_____

Debtor   MEP Infrastructure Solutions, Inc.

Name

Case number *(if known)* 23-08505

---

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | __ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** Work in Progress | __ / __ / ____ MM / DD / YYYY | $_____ | _____ | 876,619.42 $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | __ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | __ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 876,619.42

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

---

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> Desks, Credenzas, File Cabinets, Tables, Chairs, Trash Cans, Pull Cart, Refrigerators, Kitchen Ware | $_____ | _____ | $ 193,869.36 |
| **40. Office fixtures** <br> KSA Lighting Fixtures | $_____ | _____ | $ 7,700.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> Desktops, laptops, tablets, printers, servers, shredder, headsets | $_____ | _____ | $ 4,570.50 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 206,139.86

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____ MEP Infrastructure Solutions, Inc. _____   Case number *(if known)* __ 23-08505 __
          Name

---

### Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2017 Dodge Ram | $ 21,000.00 | _____ | $ 21,000.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|  | $ _____ | _____ | $ _____ |

51.  **Total of Part 8.**    $ 21,000.00
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor  MEP Infrastructure Solutions, Inc.
_____
        Name

Case number (if known) 23-08505
_____

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office Lease - 1603 Orrington Ave. Suite 601 Evanston, IL 60201 | Leasehold | $_____ | _____ | 0.00<br>$_____ |
| 55.2 Office Lease - 36 South Wabash Avenue, Chicago, IL and 33 South State Street, Chicago, IL | Leasehold | $_____ | _____ | 0.00<br>$_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patents, copyrights, trademarks and trade secrets | 5,000.00<br>$_____ | _____ | 5,000.00<br>$_____ |
| 61. **Internet domain names and websites**<br>Internet Domain Name & Website | $_____ | _____ | 2,000.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>License | $_____ | _____ | 250.00<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Trademark (Service Mark) - Registration #5089679 | $_____ | _____ | Unknown<br>$_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 7,250.00

---

Debtor   MEP Infrastructure Solutions, Inc.
_____
Name

Case number *(if known)* 23-08505

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Employee Retention Credits _____   Tax year 2020   $ 147,319.00
Employee Retention Credits _____   Tax year 2021   $ 418,354.00
_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

Liability Insurance _____   $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Subcontractor's Claims for Lien _____   $ 189,421.28

Nature of claim   Mechanics Liens
Amount requested   $ 189,421.28

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim   _____
Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____   $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $ _____
_____   $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 755,094.28

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor _____ MEP Infrastructure Solutions, Inc. _____  Case number *(if known)* _23-08505_____
     Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 16,267.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,347,470.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 876,619.42 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 206,139.86 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 21,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 7,250.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 755,094.28 | |
| 91. **Total.** Add lines 80 through 90 for each column. .................91a. | $ 3,229,841.41 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................... 3,229,841.41 ..................................  $ 3,229,841.41

| Debtor 1 | MEP Infrastructure Solutions, Inc. | | | 23-08505 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**Wintrust Bank, N.A.        Checking                  0325
Pilsen #0325**

**Balance: 284.55**

**Chase Savings Acct #7388    Savings                   7388**

**Balance: 19.70**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | MEP Infrastructure Solutions, Inc. |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (If known): | 23-08505 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>Blue Vine, Inc. | Describe debtor's property that is subject to a lien<br>Accounts Receivable | $ 143,431.82 | $ 1,347,470.34 |
|---|---|---|---|

Creditor's mailing address
401 Warren St., Ste. 300
Redwood City, CA 94063

Describe the lien
Agreement you made, Line of Credit

Creditor's email address, if known
phil@platformfunding.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred   12/19/2022

Last 4 digits of account number

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Blue Vine, Inc., 3rd; ByzFunder NY LLC, 4th; NewCo Capital Group VI

**2.2**

| Creditor's name<br>ByzFunder NY LLC | Describe debtor's property that is subject to a lien<br>Accounts Receivable | $161,250.00 | $1,347,470.34 |
|---|---|---|---|

Creditor's mailing address
530 7th Ave., Ste. 505
New York, NY 10018

Describe the lien
Agreement you made,

Creditor's email address, if known
t.wider@byzfunder.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred   01/20/2023
Last 4 digits of account number

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines 2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 1,694,547.36

Debtor    MEP Infrastructure Solutions, Inc.                                    23-08505
          Name                                          Case number (if known)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | **Creditor's name**
CloudFund LLC

**Describe debtor's property that is subject to a lien**

Accounts Receivable

$130,750.00          $1,347,470.34

**Creditor's mailing address**

400 Rella Blvd., Ste. 165-101
Suffern, NY 10901

**Creditor's email address, if known**

alan@svpfunding.com

**Date debt was incurred**  04/03/2022
**Last 4 digits of account number**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines  2.1

---

**2.4** | **Creditor's name**
Department of the Treasury Internal Rev. Service

**Describe debtor's property that is subject to a lien**

2017 Dodge Ram, Desktops, laptops, tablets, printers, servers, shredder, headsets, Desks, Credenzas, File Cabinets, Tables, Chairs, Trash Cans, Pull Cart, Refrigerators,  Kitchen Ware, KSA Lighting Fixtures, Accounts Receivable, Internet Domain Name & Website, Trademark (Service Mark) - Registration #5089679

$471,326.14          $1,592,877.71

**Creditor's mailing address**

Centralized Insolvency Operation
PO Box 7346, Philadelphia, PA 19101-7346

**Creditor's email address, if known**

**Date debt was incurred**  01/31/2020
**Last 4 digits of account number**

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor  MEP Infrastructure Solutions, Inc.
Name

Case number *(if known)* 23-08505

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
NewCo Capital Group VI LLC

**Creditor's mailing address**

c/o Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101, Pomona, NY 109

**Creditor's email address, if known**

**Date debt was incurred** 03/09/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
Accounts Receivable

$180,600.00   $1,347,470.34

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
Rocket Capital NY LLC

**Creditor's mailing address**

1250 E Hallandale Beach Blvd
Suite 505, Hallandale, FL 33009

**Creditor's email address, if known**
joe@landklegal.com

**Date debt was incurred** 04/17/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
Accounts Receivable

$94,250.00   $1,347,470.34

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  MEP Infrastructure Solutions, Inc.
Name

Case number (if known) 23-08505

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

SBA Loan 5741167410

_____

Creditor's mailing address

Small Business Administration

409 3rd Street SW, Washington, DC 20024

Creditor's email address, if known

_____

Date debt was incurred    05/21/2020

Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[          ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Desktops, laptops, tablets, printers, servers, shredder, headsets, Desks, Credenzas, File Cabinets, Tables, Chairs, Trash Cans, Pull Cart, Refrigerators, Kitchen Ware, Accounts Receivable, Internet Domain Name & Website, Trademark (Service Mark) - Registration #5089679

$512,939.40        $1,563,873.46

Describe the lien

Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.__** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[          ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$_____        $_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    MEP Infrastructure Solutions, Inc.
Name

Case number (*if known*)    23-08505

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Joe Lieberman, Esq.<br>LIEBERMAN AND KLESTZICK, LLP<br>PO Box 356<br>Cedarhurst, NY, 11516 | Line 2. 6 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | MEP Infrastructure Solutions, Inc. |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | 23-08505 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>401K Payroll Employee Contribution | As of the petition filing date, the claim is: $2,673.52<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,673.52 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Contributions to employee benefits

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>Alan Mui<br>2605 S Indiana Ave 1904<br>Chicago, IL, 60616 | As of the petition filing date, the claim is: $4,423.08<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,423.08 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br>Alberto Sanchez<br>3412 W 62nd Pl<br>Chicago, IL, 60629 | As of the petition filing date, the claim is: $1,600.00<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,600.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | MDF Infrastructure Solutions, Inc. | Case number *(if known)* | 23-08505 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4** Priority creditor's name and mailing address
Alejandro Alvarado
4915 N Central Park Ave
Chicago, IL, 60625

$ 800.00        $ 800.00

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address
Alejandro Espinosa Herrera
3730 N Ashland Ave
Chicago, IL, 60613

$ 2,615.38        $ 2,615.38

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/24/2023

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address
Andres Quiros
1520 W. Ardmore Ave., Unit 2E
Chicago, IL, 60660

$ 3,461.53        $ 3,461.53

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address
Arturo Flores Esquivel
3170 N Sheridan Rd Apt 1201
Chicago, IL, 60657

$ 4,807.69        $ 4,807.69

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor _____ MTE - Infrastructure Solutions, Inc. _____   Case number (if known) 23-08505
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.8 Priority creditor's name and mailing address**
Blue Cross Blue Shield
1501 N Plano Rd Suite 100
Richardson, TX, 75081

$20,175.38      $20,175.38

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Contributions to employee benefits

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.9 Priority creditor's name and mailing address**
California Department of Employment Security
801 Turk St.
San Francisco, CA, 94102

$345.65      $345.65

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.10 Priority creditor's name and mailing address**
Christopher Rivera
3236 W 83rd Pl
Chicago, IL, 60652

$1,760.00      $1,760.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11 Priority creditor's name and mailing address**
Constantino Rodriguez
2616 S. 58th Ct.
Chicago, IL, 60804

$2,000.00      $2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor _____   Case number *(if known)* 23-08505
     MEP Infrastructure Solutions, Inc.
     Name

| Part 1. | Additional Page | | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.12  Priority creditor's name and mailing address**
Douglas Brewer
1032 Heather Ct
Fox River Grove, IL, 60021

Total claim: $ 14,928.63
Priority amount: $ 14,928.63

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13  Priority creditor's name and mailing address**
Ehrique Reyes
13345 Round Barn Rd
Plainfield, IL, 60585

Total claim: $ 3,269.23
Priority amount: $ 3,269.23

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14  Priority creditor's name and mailing address**
Gbain Voker
6119 S Maplewood Ave
Chicago, IL, 60629

Total claim: $ 2,595.60
Priority amount: $ 2,595.60

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.15  Priority creditor's name and mailing address**
Gregg Howard
36 S. Wabash, Ste. 301
Chicago, IL, 60603

Total claim: $ 9,734.89
Priority amount: $ 9,734.89

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Mi-Tel Infrastructure Solutions, Inc. | Case number *(if known)* | 23-08505 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16   Priority creditor's name and mailing address**
Guillermo Boyas
5300 N Lockwood
Chicago, IL, 60630

Total claim: $ 3,076.92
Priority amount: $ 3,076.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.17   Priority creditor's name and mailing address**
Gustavo Zarazua
2437 S 8th Ave
Riverside, IL, 60546

Total claim: $ 4,269.23
Priority amount: $ 4,269.23

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.18   Priority creditor's name and mailing address**
Illinois Department of Employment Security
33 S. State Street
10th Floor
Chicago, IL, 60603-2802

Total claim: $ 1,151.94
Priority amount: $ 1,151.94

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Contributions to employee benefits

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

---

**2.19   Priority creditor's name and mailing address**
Jeffery Saad
900 Cherokee
Wilmette, IL, 60091

Total claim: $ 7,115.38
Priority amount: $ 7,115.38

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | MFP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
| | Name | | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2. 20 Priority creditor's name and mailing address

Jesus Aceves Huerta
641 Gordon Ave
Calumet City, IL, 60409

$ 1,200.00        $ 1,200.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

### 2. 21 Priority creditor's name and mailing address

Juan Hernandez
2050 N Sawyer
Chicago, IL, 60647

$ 2,769.23        $ 2,769.23

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

### 2. 22 Priority creditor's name and mailing address

Maryam Baharvandi
2800 N Lakeshore Dr Apt 1405
Chicago, IL, 60657

$ 2,160.00        $ 2,160.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

### 2. 23 Priority creditor's name and mailing address

Matthew Antezzo
756 W 14th St Apt 201
Chicago, IL, 60607

$ 2,884.61        $ 2,884.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

| Debtor | MBI Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|---|---|---|---|
| | Name | | |

**Part 1.**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24** Priority creditor's name and mailing address

Miguel Cabrera
5742 N Maplewood Ave Apt 8
Chicago, IL, 60659

$ 800.00        $ 800.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.25** Priority creditor's name and mailing address

Nathan Ridings
2058 W 21st Pl 2F
Chicago, IL, 60608

$ 2,307.69        $ 2,307.69

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.26** Priority creditor's name and mailing address

Ryan Young
6412 S Leclaire Ave
Chicago, IL, 60638

$ 10,903.77        $ 10,903.77

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.27** Priority creditor's name and mailing address

Santos Torres
18319 Greenleaf Ct
Tinley Park, IL, 60477

$ 34,481.02        $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | MEP Infrastructure Solutions, Inc. | Case number *(if known)* 23-08505 |
|--------|------|------|
| | Name | |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|--|-------------|-----------------|

**2.28 Priority creditor's name and mailing address**
Sebastian Padilla
3794 W 77th St
Chicago, IL, 60652

$ 1,600.00        $ 1,600.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.29 Priority creditor's name and mailing address**
Sergio Cano
5467 N Lacrosse Ave
Chicago, IL, 60630

$ 5,384.61        $ 5,384.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.30 Priority creditor's name and mailing address**
William Twum
1020 W Lawrence Ave A 407
Chicago, IL, 60640

$ 2,692.31        $ 2,692.31

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.31 Priority creditor's name and mailing address**
Xachell Guzman
1461 S Blue Island Ave Apt #411
Chicago, IL, 60608

$ 300.00        $ 300.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

| Debtor | MEP Infrastructure Solutions, Inc. | Case number *(if known)* 23-08505 |
|---|---|---|
| | Name | |

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.** 32  **Priority creditor's name and mailing address**
Yesica L. Delgado
1461 S Blue Island Ave Apt #411
Chicago, IL, 60608

$ 6,700.47          $ 6,700.47

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | |
|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Accord Detective Agency<br>1420 Renaissance Dr.<br>Park Ridge, IL, 60068 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors    $ 28,651.05 |

Date or dates debt was incurred    4/27/23

Last 4 digits of account number      **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
American Express
PO Box 6031
Carol Stream, IL, 60197-6031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt    $ 38,686.14

Date or dates debt was incurred    05/28/2023

Last 4 digits of account number      **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Atul Karkhanis Architects, Ltd.
c/o Andrew Foster, AIA, EDAC
2514 W. Peterson Ave.
Chicago, IL, 60659

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services    $ Unknown

Date or dates debt was incurred

Last 4 digits of account number      **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Galarnyk & Associates, Ltd.
55 W. Monroe St., Ste. 1200
Chicago, IL, 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services    $ 72,429.32

Date or dates debt was incurred

Last 4 digits of account number      **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Gensler Architecture, Design & Planning, PC
11 E Madison St., Ste. 300
Chicago, IL, 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors    $ 37,124.00

Date or dates debt was incurred    05/27/2023

Last 4 digits of account number      **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Gloger Engineers Limited
6512 N Mozart St,
Chicago, IL, 60645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    $ 1,750.00

Date or dates debt was incurred    05/28/2023

Last 4 digits of account number      **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____   Case number *(if known)*_____23-08505_____
         MEP Infrastructure Solutions, Inc.
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.⁷  Nonpriority creditor's name and mailing address**

Gregg Howard
36 S. Wabash, Ste. 301
Chicago, IL, 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholder Loan

$ 46,832.66

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.⁸  Nonpriority creditor's name and mailing address**

Id Architecture
Attn: Ioannis Davis, RA
102 Howard Ave.
Hillside, IL, 60162

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 7,403.43

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred __06/08/2023__
Last 4 digits of account number _____

**3.⁹  Nonpriority creditor's name and mailing address**

M. Arthur Gensler Jr. & Associates
c/o Ivo Keller, SSL Law Firm, LLP
505 Montgomery Street, Suite 620
San Francisco, CA, 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.¹⁰  Nonpriority creditor's name and mailing address**

Maria Torres
18319 Greenleaf Ct
Tinley Park, IL, 60477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 20,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.¹¹  Nonpriority creditor's name and mailing address**

Michael Rybinski
Michael Sabal
16420 S Kilbourn Ave
Oak Forest, IL, 60452

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 26,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  MEP Infrastructure Solutions, Inc.
    Name

Case number *(if known)*  23-08505

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12  **Nonpriority creditor's name and mailing address**

Oriana Vasquez Zambriano
4600 N Clarendon Ave Apt 512
Chicago, IL, 60640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,899.80

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Porte Brown LLC
c/o Joseph G. Cane, Registered Agent
845 Oakton St,
Elk Grove Village, IL, 60007-1904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 12,945.00

**Basis for the claim:**  Services

Date or dates debt was incurred  4/27/2023

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Regus Management Group, LLC
c/o Brenden Giffel
1603 Orrington Ave., Ste. 600
Evanston, IL, 60201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:**  Lease

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Robert Juris & Associates Architects, Ltd.
9400 Bormet Dr., Ste. 6
Mokena, IL, 60448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 8,000.00

**Basis for the claim:**  Suppliers or Vendors

Date or dates debt was incurred  02/26/2023

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Ryan Young
6412 S Leclaire Ave
Chicago, IL, 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00

**Basis for the claim:**  Monies Loaned / Advanced

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  MEP Infrastructure Solutions, Inc.
Name

Case number (if known)  23-08505

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Santos Torres
36 S. Wabash, Ste. 301

Chicago, IL, 60603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 151,000.00

**Basis for the claim:** Shareholder Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18** Nonpriority creditor's name and mailing address

Schetter Electric, LLC
c/o Porter Law Group
11335 Gold Express Dr., Ste. 100
Rancho Cordova, CA, 95670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 403,027.10

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    02/26/2023

Last 4 digits of account number _____

---

**3.19** Nonpriority creditor's name and mailing address

Scott R. Hayworth
1159 Swan Dr
Bradley, IL, 60915

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20** Nonpriority creditor's name and mailing address

Stearn-Joglekar Ltd.
223 W Jackson Blvd., Ste. 1110
Chicago, IL, 60606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 5,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    02/26/2023

Last 4 digits of account number _____

---

**3.21** Nonpriority creditor's name and mailing address

Yesica L. Delgado
1461 S Blue Island Ave Apt #411
Chicago, IL, 60608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40,000.00

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  MFM Infrastructure Solutions, Inc.                                    Case number (if known) 23-08505
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|--|
| 5a. **Total claims from Part 1** | 5a. | $ 164,987.76 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 953,748.50 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,118,736.26 |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 14 of 14

**Fill in this information to identify the case:**

Debtor name __MEP Infrastructure Solutions, Inc.__

United States Bankruptcy Court for the: __Northern District of Illinois__

Case number (If known): __23-08505__          Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 1603 Orrington Ave. Suite 601 Evanston, IL 60201 Lessee | Regus Management Group, LLC c/o Brenden Giffel 1603 Orrington Ave., Ste. 600 Evanston, IL, 60201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 36 South Wabash Avenue, Chicago, IL and 33 South State Street, Chicago, IL Lessee | M. Arthur Gensler Jr. & Associates 11 E. Madison St., Ste. 300 Chicago, IL, 60602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lighting and Technology Services for the Definition Theatre Company, 6400 S. Cottage Grove, Chicago, IL | Morris Architects Planners c/o Patrick Danaher, Architect 944 W. Huron St. Chicago, IL, 60642 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Architectural/Engineering Services Agreement with the University of Chicago | University of Chicago - Facilities Services c/o Sarosh Saleem, Project Manager 5235 S. Harper Court, Ste. 1000 Chicago, IL, 60615 |
| | State the term remaining | | |
| | List the contract number of any government contract | F504520 | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | New Supplemental HVAC Equipment for 731 S. Plymouth Court | Atul Karkhanis Architects, Ltd. c/o Andrew Foster, AIA, EDAC 2514 W. Peterson Ave. Chicago, IL, 60659 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number *(if known)* | 23-08505 |
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | City of Chicago Ambulance Bay for Mechanical, Electrical, Plumbing, Fire Protection | City of Chicago c/o Kevin Boyer of Holabird & Root 140 S. Dearborn St., Ste. 500 Chicago, IL, 60603 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Work Design | Chicago School District 218 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Lurie Children's Hospital Austin Community Hub Project, Chicago, IL | Gregory Ramon Design Studios, Inc. c/o Gregory r. Williams, AIA 540 W. 35th St., Ste. 206 Chicago, IL, 60616 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | CREPS One-Line Diagram and Method of Procedure Updates for Northwestern University Chicago Campus (NUC) | Northwestern University c/o Robert Lesnicki, Chief Electrician 345 E. Superior St., Ste. 1500 Chicago, IL, 60611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Short Circuit, Selective Coordination, & Arc Flash Evaluation Study for the Northwestern University Campus | Northwestern University c/o Robert Lesnicki, Chief Electrician 345 E. Superior St., Ste. 1500 Chicago, IL, 60611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | McCormick Hall One-Line Diagram Updates for Northwestern University Chicago Campus (NUC) | Northwestern University c/o Robert Lesnicki, Chief Electrician 345 E. Superior St., Ste. 1500 Chicago, IL, 60611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Morton Hall One-Line Diagram Updates for Northwestern University Chicago Campus (NUC). | Northwestern University c/o Robert Lesnicki, Chief Electrician 345 E. Superior St., Ste. 1500 Chicago, IL, 60611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Short Circuit, Selective Coordination, & Arc Flash Evaluation Study for the Northwestern University Chicago | Northwestern University<br>c/o Robert Lesnicki, Chief Electrician<br>345 E. Superior St., Ste. 1500<br>Chicago, IL, 60611 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Short Circuit, Selective Coordination, & Arc Flash Evaluation Study for the Northwestern University Chicago | Northwestern University<br>c/o Robert Lesnicki, Chief Electrician<br>345 E. Superior St., Ste. 1500<br>Chicago, IL, 60611 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Ward Hall One-Line Diagram Updates for Northwestern University Chicago Campus (NUC) | Northwestern University<br>c/o Robert Lesnicki, Chief Electrician<br>345 E. Superior St., Ste. 1500<br>Chicago, IL, 60611 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Searle Hall One-Line Diagram Updates for Northwestern University Chicago Campus (NUC) | Northwestern University<br>c/o Robert Lesnicki, Chief Electrician<br>345 E. Superior St., Ste. 1500<br>Chicago, IL, 60611 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Short Circuit, Selective Coordination, & Arc Flash Evaluation Study for the Northwestern University Chicago | Northwestern University<br>c/o Robert Lesnicki, Chief Electrician<br>345 E. Superior St., Ste. 1500<br>Chicago, IL, 60611 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Tarry Hall One-Line Diagram Updates for Northwestern University Chicago Campus (NUC) | Northwestern University<br>c/o Robert Lesnicki, Chief Electrician<br>345 E. Superior St., Ste. 1500<br>Chicago, IL, 60611 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Short Circuit, Selective Coordination, & Arc Flash Evaluation Study for the Northwestern University Chicago | Northwestern University<br>c/o Robert Lesnicki, Chief Electrician<br>345 E. Superior St., Ste. 1500<br>Chicago, IL, 60611 |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Short Circuit, Selective Coordination, & Arc Flash Evaluation Study for the Northwestern University Chicago | Northwestern University c/o Robert Lesnicki, Chief Electrician 345 E. Superior St., Ste. 1500 Chicago, IL, 60611 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Short Circuit, Selective Coordination, & Arc Flash Evaluation Study for the Northwestern University Chicago | Northwestern University c/o Robert Lesnicki, Chief Electrician 345 E. Superior St., Ste. 1500 Chicago, IL, 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Electrical Arc Flash Studies Updates for the Peck Building, Abbott Hall and CLI MARP at the University of Chicago - Medicine | University of Chicago Medicine c/o Shane Neal, Project Mgr. 5841 S. Maryland Ave., Rm M031J Chicago, IL, 60637 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | MEP Demolition Package for the 2ND Floor of the 935 building, Medical Science Building (MSB), at University of Illinois at Chicago | University of Illinois at Chicago c/o Jeff Jeno, Sr. Assoc., Proj. Mgr. 209 S. LaSalle St., Ste. 820 Chicago, IL, 60604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Memorial Stadium ? South Concourse and Restroom Renovation University Of Illinois (UIUC) | UrbanWorks c/o Robert Natke 125 S. Clark St., Ste. 2070 Chicago, IL, 60603 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services Oak Brook Commons MOB Gensler Project Number 21.0017.000 | Gensler c/o Grant Uhlir 11 E. Madison St., Ste. 300 Chicago, IL, 60602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Aspire Center for Workforce Innovation 5500 W. Madison St. Chicago, IL 60644 | The Lamar Johnson Collaborative Inc. c/o Kapil Khanna, Manager 2199 Interbelt Bus. Center Dr. St. Louis, MO, 63114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Amendment of Solicitation/Modification of Contract dated 10-04-2022 | Defense Microelectronics Activity (HQ)<br>MEC 4234 54th Street<br>Mcclellan AFB, CA, 95652 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Architect and Consulting Agreement relating to The Medical College of Wisconsin, Inc. 8701 Watertown Plank Road, P.O. Box 26509 | Cannon Design, Inc.<br>225 N. Michigan Ave., Ste. 1100<br>Chicago, IL, 60601 |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | The University of Chicago CCD Radiology 5th Floor Renovation | Shive-Hattery<br>c/o Thomas C. Longhi, Nat'l Sector Leader<br>440 N. Wells St., Ste. 320<br>Chicago, IL, 60654 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | The University of Chicago Classroom Planning Study | Dumont Janks<br>c/o Gregory Janks, Principal<br>129 Kingston St., Ground Floor<br>Bostons, MA, 02111 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | University of Chicago Campus West Master - Task 14 Additional Services | Affiliated Engineers, Inc.<br>c/o Scott Foster, Managing Principal<br>10 S. LaSalle St., Ste. 2700<br>Chicago, IL, 60603 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lower-Level Storage Area cooler mechanical design and revise WS concession Electrical Panel CDA 2 MDW - SSB | Studio ARQ<br>c/o Ayad Shiltagh, Sr. Proj. Mgr.<br>329 W. 18th St., Ste. 401<br>Chicago, IL, 60616 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Consulting Services, Project Number: 006.4573.000 | Gensler<br>c/o Angela Ramirez |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Engineering Support with University of Illinois re: forced air ventilation system for a limited section of existing steam tunnel <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Middough Inc. <br> c/o Tracie L. Culler <br> 1901 E. 13th St., Suite 1400 <br> Cleveland, OH, 44114 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> The Re-Development of Pioneer Bank Building; located at North Ave. and Pulaski Rd., Chicago, IL. <br><br> **State the term remaining** <br> **List the contract number of any government contract** | JGMA <br> c/o Juan Moreno, President <br> 223 W. Ohio St. <br> Chicago, IL, 60654 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Consulting Professional Engineering Services Proposal for the Behavioral Health and Physical Therapy floors at Illinois Masonic Center <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Studio ARQ <br> c/o Cesar Santoy, Principal <br> 329 W. 18th St., Ste. 904A <br> Chicago, IL, 60616 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Northern Illinois Food Bank Joliet, IL <br><br> **State the term remaining** <br> **List the contract number of any government contract** | RAM Mechanical Services, LLC <br> c/o Robert Vaca <br> 258 S. Westgate <br> Carol Stream, IL, 60188 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Technology Consulting and Engineering design for Elgin Community College located at 1700 Spartan Dr., Elgin, IL <br><br> **State the term remaining** <br> **List the contract number of any government contract** | JP Architects, Ltd. <br> c/o Luis Fletes <br> 7250 College Dr., Ste. 2NE <br> Palos Heights, IL, 60463 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Monitors at Remote Campus Locations Burlington and Hanover ark, IL Elgin Community College <br><br> **State the term remaining** <br> **List the contract number of any government contract** | JP Architects, Ltd. <br> c/o Jose R. Pareja, Principal <br> 7250 College Dr., Ste. 2NE <br> Palos Heights, IL, 60463 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Jobe Lounge Upgrades Elgin Community College <br><br> **State the term remaining** <br> **List the contract number of any government contract** | JP Architects, Ltd. <br> c/o Jose R. Pareja, Principal <br> 7250 College Dr., Ste. 2NE <br> Palos Heights, IL, 60463 |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number o any government contract** | Philip Rogers Elementary School (25141) | Chicago Public Schools <br> 42 W. Madison St. <br> Chicago, IL, 60602 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Vault Repairs for Northwestern University | Northwestern University <br> 2020 Ridge Ave., 2nd Floor <br> Evanston, IL, 60208-4309 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Crowe UPS re-engineering for New NUIT UPS System; ARC Flash Assessment | Northwestern University <br> 2020 Ridge Ave., 2nd Floor <br> Evanston, IL, 60208-4309 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Mechanical, Electrical, Plumbing, Fire Protection | Holabird & Root <br> 140 S. Dearborn St., Ste. 500 <br> Chicago, IL, 60603 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Midway Studios Electrical Distribution System Replacement | The University of Chicago <br> c/o Meraj Khan, Project Manager <br> 5235 S. Harper Dourt, Ste. 1000 <br> Chicago, IL, 60615 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Aunt Martha?s Pediatric Clinic Chicago Heights, IL | JGMA <br> c/o Laura Amaro <br> 223 W. Ontario St. <br> Chicago, IL, 60654 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | CPS Hanson Park Elementary School Stadium Renovation | David Mason & Associates, Ltd. <br> 333 S. Desplaines St., Ste. 200 <br> Chicago, IL, 60621 |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Modifications to Permit Set | JGMA<br>c/o Laura Flores<br>223 W. Ohio St.<br>Chicago, IL, 60654 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Ann & Robert H. Lurie Children?s Hospital of Chicago Pediatrics in Uptown Refresh in Chicago, IL. | JGMA<br>c/o Juan Gabriel Moreno, Pres.<br>223 W. Ontario St.<br>Chicago, IL, 60654 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Bandwith Chicago | Lamar Johnson Collaborative<br>c/o Michael Hanley, Principal<br>35 E. Wacker Dr., Ste. 1300<br>Chicago, IL, 60601 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | John T Pirie Fine Arts & Academic Center ES (24971) | Chicago Public Schools<br>42 W. Madison St.<br>Chicago, IL, 60602 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Helen M Hefferan Elementary School (23711) | Chicago Public Schools<br>42 W. Madison St.<br>Chicago, IL, 60602 |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Consulting Professional Engineering Proposal Install Heaters/Garage Doors/Renovate | JP Architects, Ltd.<br>c/o Ricardo Chgaidez, Project Mgr.<br>7250 College Dr., Ste. 2NE<br>Palos Heights, IL, 60463 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Illinois American Water for ILAW Woodridge and ILAW Santa Fe WRF. | McKissack & McKissack Midwest, Inc.<br>c/o Deryl McKissack, President<br>111 E. Wacker Dr., Ste. 420<br>Chicago, IL, 60601 |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number *(if known)* | 23-08505 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work re Proposed Renovation of 5049 West Harrison Street, Chicago, IL | Austin Coming Together c/o Darnell Shields, Exec. Dir. 5049 W. Harrison St. Chicago, IL |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Professional Engineering Services Proposal for the Howard Brown Health Administration Office Buildout in Chicago, IL | Canopy c/o Nora Catlin, Dir. of Operations & Marketing 180 W. Washington St., #200 Chicago, IL, 60602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | BSD ? MICRO ? Chair Suite, Wet Lab, BSL-3/ABSL-3 Renovation Phase #1 Project | The University of Chicago c/o Alex Sicinski, Project Mgr. 850 E. 58th St., Room 402A Chicago, IL, 60637 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | DCAM Chilled Water Upgrade | The University of Chicago Medical Center c/o Nawal Jibawi |
| | State the term remaining | | |
| | List the contract number of any government contract | 716909 | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Neuro IR Equipment Replacement & Renovation | The University of Chicago Medical Center c/o Anthony Givens-Belsley 850 E. 58th St., 4th Floor Chicago, IL, 60637 |
| | State the term remaining | | |
| | List the contract number of any government contract | 734546 | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | CCD 5100 Cath IR Replacement | The University of Chicago Medical Center c/o Anthony Givens-Belsley 850 E. 58th Street, 4th Floor Chicago, IL, 60637 |
| | State the term remaining | | |
| | List the contract number of any government contract | 717733 | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | DCAM Chilled Water Upgrade | The University of Chicago Medical Center c/o William Dawes, Project Mgr. 850 E. 58th Street, 4th Floor Chicagoc, IL, 60637 |
| | State the term remaining | | |
| | List the contract number of any government contract | 716909 | |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number *(if known)* | 23-08505 |
|--------|-----------------------------------|--------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | American Montessori Academy ? First floor at 731 South Plymouth, Chicago | Atul Karkhanis Architects, Ltd. c/o Andrew Foster, AIA, EDAC 2514 W. Peterson Ave. Chicago, IL, 60659 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | professional design services for electrical and mechanical design of the Cooler and Freezer systems | Ram Mechanical Services 258 S. Westgate Dr. Carol Stream, IL, 60188 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | The AVE Project Gensler Project No. 21.1201.900 Lessee | Genlser 11 E. Madison St., Ste. 300 Chicago, IL, 60602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | BCC Craft Grow Facility 1830 N. Lamon, Chicago, IL | Id Architecture c/o Ioannis Davis, RA 102 Howard Ave. Hillside, IL, 60162 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | 8th Floor Behavioral Health Unit Provident Hospital | Smith Group c/o Adam Lund, AIA, LEED AP Project Mgr. 35 E. Wacker Dr., Ste. 900 Chicago, IL, 60601 |
| | State the term remaining | | |
| | List the contract number of any government contract | H16-25-148 | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Deeply Rooted Dance Center 5400 S. State Street, Chicago, IL | S Mechanical, Inc. c/o Michael Sabal, Principal 16420 S. Kilbourn Ave. Oak Forest, IL, 60452 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Connections for Abused Women and Children, Chicago, IL | Abused Women and Children c/o Nora Catlin, Dir. of Operations & Marketing 180 W. Washington St., #200 Chicago, IL, 60602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Short Circuit, Selective Coordination, & Arc Flash Evaluation Study for the Northwestern University Chicago | Northwestern University c/o Robert Lesnicki, Chief Electrician 345 E. Superior St., Ste. 1500 Chicago, IL, 60611 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | MEP Engineering Design at Midway International Airport Concourse Triangle in Chicago, IL. | Studio ARQ c/o Cesar Santoy, Principal 329 W. 18th St., Ste. 904A Chicago, IL, 60616 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | IT Equipment Lessee | Leaf Capital Funding, LLC 2330 Interstate 30 Mesquite, TX, 75150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | MEP/FP Engineering Design for the Ethel Hedgemon Lyle Museum for African American Women in St. Louis, Missouri | JGMA c/o Juan Moreno, President 223 W. Ohio St. Chicago, IL, 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | The renovation of an existing building and new construction of a building for the new location for EPIC Academy located at | JGMA c/o Linda F. Chavez Baca 223 W. Ohio St. Chicago, IL, 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Chicago Park District Blackhawk Park and Chopin (Frederic) Park Fieldhouse Restoration, Chicago, IL. | Kuklinski + Rapp Architects c/o Scott A. Rappe, Principal 1915 W. Division St. Chicago, IL, 60622 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | FY23 Code Corrections & Life Safety Repairs | The University of Chicago Medical Center c/o Shane Neal, Project Mgr. 850 E. 58th St., Room 402A Chicago, IL, 60637 |
| | State the term remaining | | |
| | List the contract number of any government contract | 739819 | |

| Debtor | MEP Infrastructure Solutions, Inc. | Case number (if known) | 23-08505 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.76 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Aunt Marthas Bronzeville Integrated Care Center Renovation at 5001 S. Michigan Ave., Chicago, IL | JGMA<br>c/o Laura Flores<br>223 W. Ohio St.<br>Chicago, IL, 60654 |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___MEP Infrastructure Solutions, Inc.___

United States Bankruptcy Court for the: ___Northern District of Illinois___

Case number (If known): ___23-08505___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Santos Torres | 18319 S. Greenleaf Ct. Tinley Park, IL 60477 | Blue Vine, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Santos Torres | 18319 S. Greenleaf Ct. Tinley Park, IL 60477 | CloudFund LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Santos Torres | 18319 S. Greenleaf Ct. Tinley Park, IL 60477 | Department of the Treasu | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Santos Torres | 18319 S. Greenleaf Ct. Tinley Park, IL 60477 | NewCo Capital Group VI I | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Santos Torres | 18319 S. Greenleaf Ct. Tinley Park, IL 60477 | ByzFunder NY LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Santos Torres | 18319 S. Greenleaf Ct. Tinley Park, IL 60477 | Rocket Capital NY LLC | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __MEP Infrastructure Solutions, Inc.__

United States Bankruptcy Court for the: __Northern District of Illinois__

Case number (*If known*): __23-08505__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/12/2023__          ✗ /s/ Santos A. Torres    *Santos A. Torres*
　　　　　　　MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                    Santos A. Torres
                                    Printed name

                                    President
                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**